IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| M.A.G., | * | |
| Petitioner, | * | |
| v. | | Case No.   4:26-cv-644-CDL-AGH |
| | * | 28 U.S.C. § 2241 |
| Warden, STEWART DETENTION CENTER, et. al. , | * | |
| Respondent. | * | |

## **J U D G M E N T**

Pursuant to this Court's Order dated May 21, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondent.

This 21st day of May, 2026.

David W. Bunt, Clerk

s/ Ashley N. Yates, Deputy Clerk